IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| **LARRY G. PHILPOT,** § § | |
| **Plaintiff,** § § | |
| **V.** § § | **Case No. 2:20-cv-02236-DDC-TJJ** |
| **ROCKING M. MEDIA, LLC and** § | |
| **MERIDIAN MEDIA, LLC** § § | |
| **Defendants.** § § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Larry G. Philpot and Defendants Rocking M. Media LLC and Meridian Media, LLC, hereby stipulate to the voluntary dismissal of this lawsuit with prejudice. All costs and attorney's fees will be paid by the party incurring the same.

Respectfully submitted,

**HOLLIS LAW FIRM, PA**

<u>/s/ Luke R. Hertenstein</u>
Luke R. Hertenstein        KS 23809
8101 College Blvd, Suite 260
Overland Park, KS 66210
Tel: (913) 385-5400
Fax: (913) 385-5402
Email: luke@hollislawfirm.com
***ATTORNEYS FOR PLAINTIFF***

and

**GATES SHIELDS FERGUSON SWALL HAMMOND, P.A.**

<u>/s/ Thomas E. Hammond, II</u>
Thomas E. Hammond, II, KS 23312
10990 Quivira Road, Suite 200
Overland Park, KS 66210
Tel: 913-661-0222
Fax: 913-491-6398
Email: thammond@gatesshields.com
***ATTORNEYS FOR DEFENDANTS***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 5th day of August, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of filing to all counsel of record.

<u>/s/ Luke R. Hertenstein</u>
Luke R. Hertenstein
*Attorney for Plaintiff*